UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORIS ROBBIE HURTADO,<br><br>    Plaintiff,<br><br>v.<br><br>1560 SYCAMORE LLC,<br><br>    Defendant. | Case No. 22-cv-02753-JST<br><br>**ORDER TO SHOW CAUSE RE: SERVICE** |

This case was filed on May 9, 2022. ECF No. 1. As of the date of this order, the docket reflects no evidence that the summons and complaint have been served on the defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

270 days have now passed since the filing of the complaint. Plaintiff is therefore ordered to show cause why this case should not be dismissed for failure to serve. A written response to this order is due by February 17, 2023. The Court will conduct a hearing on the order to show cause on March 14, 2023 at 2:00 p.m.

If Plaintiff's written response to the order to show cause is accompanied by satisfactory evidence that the summons, complaint, and a copy of this order have been served on the

/ / /

/ / /

1  defendant, the order to show cause will be withdrawn and the March 14 hearing will be converted
2  to a case management conference.
3  **IT IS SO ORDERED.**
4  Dated:  February 3, 2023



JON S. TIGAR
United States District Judge

2